FILED
IN OPEN COURT
APR 16 2013
AT_____M
CHRISTOPHER M. DeTORO, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In Re: )
    TODD A. HOLT )    Case No. 10-14589
    MARY HOLT )
 )     CHAPTER 13
 )     CHIEF JUDGE GRANT
    Debtor(s) )
 )

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS**

COMES NOW, the Trustee, Debra Miller, and the Debtors, by Counsel, and state as follows:

1. Debtors are currently $7,023.00 delinquent in their plan payments.

2. In order to adequately fund their plan, debtors' payment needs to increase to $4,694.31 per month.

3. Debtors will increase their monthly payments to $4,694.31 beginning with the April 2013 payment.

4. If debtors fail to comply with the terms of this Agreed Order, the Trustee may file an Affidavit of Default and the debtor's case will be dismissed without further notice or hearing.

Dated: April 16, 2013.

/s/Debra Miller
Debra Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634

/s/ Scott W. Federspiel
Scott W. Federspiel, 27546-02
Attorney for Debtors
Macey Bankruptcy Law
4241 Flagstaff Cove
Fort Wayne, IN 46815

SO ORDERED, this August 14, 2013.

/s/ Robert E. Grant
Robert Grant, Chief Judge
United States Bankruptcy Court